LAURA E DUFFY
United States Attorney
JEFFREY L. SHIH
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: 619.546.7981
Email: jeffrey.shih@usdoj.gov

Attorneys for the United States



## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 13CR3345-L |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 18, U.S.C., Sec. 152(1) – |
| MARK HAGEN, | Concealment of Assets in Bankruptcy |
| Defendant | |

The United States Attorney charges:

On or about February 11, 2010, within the Southern District of California, defendant MARK HAGEN, in contemplation of U.S. Bankruptcy Case No. 08-03080-JM7, a case under Title 11, and with the intent to defeat the provisions of Title 11, knowingly and fraudulently concealed his property, specifically a federal tax refund check in his possession made payable to defendant MARK HAGEN from the United States Treasury in the amount of approximately $45,960.35 and dated on or about February 24, 2009, from the trustee charged with control of the debtor's property and from the creditors and the United States Trustee; in violation of Title 18, United States Code, Sections 152(1) and 2.

1  DATED: 9/12/2013                    Respectfully submitted,

2

3                                      LAURA E. DUFFY
                                       United States Attorney
4

5                                      JEFFREY L. SHIH
                                       Assistant United States Attorney
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28