AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

SEP 1 2 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MARK HAGEN | CASE NUMBER: 13CR3345-L |

I, MARK HAGEN, the above named defendant, who is accused of committing the following offense:

Concealment of Assets in Bankruptcy, in violation of Title 18, United States Code, Sections 152(1) and 2 (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___9-12-13___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer