# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              )<br>            Plaintiff, )<br>                              )<br>vs.                           )<br>                              )<br>MARK HAGEN (1)                )<br>                              )<br>            Defendant.        )<br>_____) | Case No.  13CR3345-L<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE** |

No objections having been filed,  IT IS ORDERED that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's Plea of Guilty to count one of the information.

DATED: September 25, 2013

_____
M. James Lorenz
United States District Court Judge